The Honorable Judge Robert J. Bryan

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NINA CAVOLA, in her individual capacity,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | NO. 3:21-cv-05578-RJB<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>**Clerk's Action Required**<br><br>**Note on Motion Calendar:**<br>**February 8, 2022** |

    THE PARTIES, as evidenced by the signatures of counsel below, hereby stipulate and move that the above-captioned action be dismissed and any and all claims by plaintiff Nina Cavola against defendant State Farm Mutual Automobile Insurance Company be dismissed with prejudice and without costs.

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE – NO. 3:21-CV-05578-RJB    - 1 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1851427.doc/020822 1059/8664-0012

DATED this 8th day of February, 2022.

ETENGOFF PAK LAW GROUP

By  /s James L. Pak *(per email authority)*
By  /s Sara Anne Benson *(per email authority)*
   James L. Pak, WSBA #28399
   Sara Anne Benson, WSBA #56274
Etengoff Pak Law Group
605 E. McLoughlin Blvd
Vancouver, WA 98663-3358
Telephone:   (360) 693-2919
Email:       jim@etengofflaw.com
Email:       sara@etengofflaw.com

Attorneys for Plaintiff Nina Cavola

DATED this 8th day of February, 2022.

BETTS, PATTERSON & MINES, P.S.

By   /s Vasudev N. Addanki
By   /s Luisa E. Taddeo
   Vasudev N. Addanki, WSBA #41055
   Luisa E. Taddeo, WSBA #48677
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle WA  98101-3927
Telephone:   (206) 292-9988
Facsimile:   (206) 343-7053
E-mail:      vaddanki@bpmlaw.com
E-mail:      ltadeo@bpmlaw.com

Attorneys for Defendant State Farm Mutual Automobile Insurance Company

**ORDER**

THIS MATTER having come before the Court upon the parties' stipulation, and the Court having considered the stipulation of the parties, and deeming itself otherwise fully advised in the premises, now, therefore, it is hereby

ORDER, ADJUDGED and DECREED that any and all claims by plaintiff Nina Cavola against defendant State Farm Mutual Automobile Insurance Company are hereby dismissed with prejudice and without costs.

DATED this February 8, 2022.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE – NO. 3:21-CV-05578-RJB  - 2 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1851427.doc/020822 1059/8664-0012

Presented by:

BETTS, PATTERSON & MINES, P.S.


By /s Vasudev N. Addanki
By /s Luisa E. Taddeo
   Vasudev N. Addanki, WSBA #41055
   Luisa E. Taddeo, WSBA #48677
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle WA  98101-3927
Telephone:   (206) 292-9988
Facsimile:   (206) 343-7053
E-mail:   vaddanki@bpmlaw.com
E-mail:   ltadeo@bpmlaw.com

Attorneys for Defendant State Farm Mutual Automobile Insurance Company


ETENGOFF PAK LAW GROUP


By  /s James L. Pak *(per email authority)*
By  /s Sara Anne Benson *(per email authority)*
   James L. Pak, WSBA #28399
   Sara Anne Benson, WSBA #56274
Etengoff Pak Law Group
605 E. McLoughlin Blvd
Vancouver, WA 98663-3358
Telephone:   (360) 693-2919
Email:   jim@etengofflaw.com
Email:   sara@etengofflaw.com

Attorneys for Plaintiff Nina Cavola

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE – NO. 3:21-CV-05578-RJB

- 3 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1851427.doc/020822 1059/8664-0012